EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Miguel A. Laborde Freyre | Queja  2001 TSPR 82 |
|---|---|

Número del Caso: AB-1997-10

Fecha: 7/junio/2001

Oficina del Procurador General:

Lcda. Yvonne Casanova Pelosi
Procuradora General Auxiliar

Abogado de la Parte Querellante:

Lcdo. Luis A. Rivera Rivera

Abogado de la Parte Querellada:

Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Miguel A. Laborde Freyre

AB-1997-10

RESOLUCION

San Juan, Puerto Rico, a 7 de junio de 2001.

Vista la moción de reconsideración del peticionario y considerando que en dicha comparecencia Laborde Freyre nos ha informado sobre el estado del caso civil que dio lugar a la paralización de la queja presentada en su contra, se autoriza únicamente su reinstalación a la abogacía efectiva el 8 de junio de 2001.

Se le concede a la Oficina de Inspección de Notarías un término de treinta (30) días para informar la etapa en que se encuentra su investigación sobre la obra notarial de Laborde Freyre.

El Lic. Laborde Freyre deberá mantener informado a este Tribunal cada noventa (90) días sobre el estado del caso *José R. Freyre y Dorys P. Freyre v. Miguel A. Laborde Freyre, Civil Núm. DDP 1997-0356 (1004)*, bajo apercibimiento de severas sanciones disciplinarias.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón no intervino. El Juez Asociado señor Rivera Pérez, inhibido.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo